**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 6, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00859-CV

———————

## IN RE SOLUM ENGINEERING, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-35151**

---

## M E M O R A N D U M   O P I N I O N

On October 5, 2011, relator filed a motion for emergency stay and petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Al Bennett, presiding judge of the 61st District Court of Harris County, to set aside his order of September 20, 2011, granting defendant Lori A. Hood's motion to reinstate for the purpose of hearing and ruling on Hood's motion for sanctions. Relator's motion for

emergency stay requests we stay the scheduled hearing on sanctions until the petition is decided.

Relator has not established that it is entitled to mandamus relief. We deny relator's petition for writ of mandamus. Accordingly, the motion for emergency stay is denied.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.